**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-1225

Plant-N-Power Services, Inc.
- - Versus - -

JRE Field Services, LLC; Tex David Simoneaux, Jr., JRE
Industrial Services, LLC

23rd Judicial District Court
Case #: 131445
Ascension Parish

On Application for Rehearing filed on  06/14/2023 by Plant-N-Power Services, Inc.

Rehearing _____ **DENIED** _____

Jewel E. "Duke" Welch Jr.

Allison H. Penzato

Walter I. Lanier III

Date  **JUL 0 6 2023**

Rodd Naquin, Clerk